UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re SATCON TECHNOLOGY CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates To:                                     ) ) ALL ACTIONS.                                              ) ) ) | Master File No. 1:11-cv-11270-DPW <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

901581_1

Lead Plaintiff the Government of Bermuda Contributory Pension Plan and Public Service Superannuation Pension Plan ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement which provides for the payment of $3,000,000 in cash to resolve this securities class action against Settling Defendants; (2) certifying the Class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency of this Litigation and the proposed Settlement in substantially the same form and manner set forth in the Settlement Agreement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of its motion, Lead Plaintiff relies on the Settlement Agreement, the exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

DATED: December 20, 2013                Respectfully submitted,

                                                    ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                                  ELLEN GUSIKOFF STEWART

                                                                  s/ Ellen Gusikoff Stewart
                                                       ELLEN GUSIKOFF STEWART

                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-8498
                                                Telephone:  619/231-1058
                                                619/231-7423 (fax)

>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>SAMUEL H. RUDMAN
>MARIO ALBA JR.
>58 South Service Road, Suite 200
>Melville, NY  11747
>Telephone:  631/367-7100
>631/367-1173 (fax)
>
>Lead Counsel for Plaintiffs
>
>SHAPIRO HABER & URMY LLP
>THOMAS G. SHAPIRO (BBO # 454680)
>ADAM M. STEWART (BBO # 661090)
>53 State Street
>Boston, MA  02109
>Telephone:  617/439-3939
>617/439-0134 (fax)
>
>Liaison Counsel

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Lead Plaintiff conferred in good faith with counsel for Settling Defendants, and Settling Defendants do not oppose the relief requested herein.

s/ ELLEN GUSIKOFF STEWART
ELLEN GUSIKOFF STEWART

901581_1

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2013.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2013.

                                                    s/ ELLEN GUSIKOFF STEWART
                                                   ELLEN GUSIKOFF STEWART

                                                   ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
                                                 655 West Broadway, Suite 1900
                                                 San Diego, CA  92101-3301
                                                 Telephone:  619/231-1058
                                                 619/231-7423 (fax)

                                                 E-mail:  elleng@rgrdlaw.com

901581_1