UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re SATCON TECHNOLOGY CORPORATION SECURITIES LITIGATION | Master File No. 1:11-cv-11270-DPW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

925291_1

Lead Counsel, Robbins Geller Rudman & Dowd LLP, on behalf of itself and Lead Plaintiff, hereby moves the Court pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for an Order: (1) awarding attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund; (2) awarding Lead Counsel $19,888.03 in expenses in connection with the prosecution and resolution of the Litigation; and (3) awarding interest on these amounts at the same rate and for the same periods as earned by the Settlement Fund until paid.

In support of this Motion, Lead Counsel relies on the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, the Declaration of Evan J. Kaufman in Support of (1) Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and (2) Award of Attorneys' Fees and Expenses, the Declaration of Ellen Gusikoff Stewart in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, and the declarations of plaintiffs' counsel which are incorporated herein in their entirety.

DATED:  March 25, 2014              Respectfully submitted,

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    ELLEN GUSIKOFF STEWART


                                          s/ Ellen Gusikoff Stewart
                                         ELLEN GUSIKOFF STEWART

                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-8498
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)

Liaison Counsel

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify that I have conferred with counsel for Settling Defendants and Settling Defendants take no position on this motion.

s/ Ellen Gusikoff Stewart<br>
ELLEN GUSIKOFF STEWART

925291_1

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 25, 2014.

                                              s/ Ellen Gusikoff Stewart
                                              ELLEN GUSIKOFF STEWART

925291_1